UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:18CR89 |
| | ) | |
| NAQUONN SOLOMON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant, having file a Motion to Extend Time to File Motions, and it appearing for good cause shown and that the Government has no objection thereto, IT IS HEREBY ORDERED; that Defendant's time to file motions in his case is extended until 10 days after the information regarding the search warrant executed on the Defendant on April 13, 2018 is supplied to the Defendant. The Court finds that the need for the delay outweighs the defendant's and the public's interest in a Speedy Trial.

SO ORDERED this 10th day of May, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA