
FILED
Scott L. Poff, Clerk
United States District Court

*By Ericka Sharpe at 9:56 am, Aug 17, 2018*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR418-089 |
| | ) | |
| NAQUONN SOLOMON | ) | |

## ORDER

Naquonn Solomon, an indigent criminal defendant represented by appointed counsel, submitted a letter requesting replacement counsel. Doc. 31. After a hearing earlier today, the Court determined that defense counsel's performance was not deficient. Doc. 33 (Minute Entry). Nevertheless, it became clear to the Court that there had been a complete breakdown in communication between Solomon and his counsel. *See United States v. Calderon*, 127 F.3d 1314, 1343 (11th Cir. 1997); *United States v. Oliver*, 316 F. App'x 877, 880 (11th Cir. 2008). Accordingly, the Court **GRANTED** defendant's motion to substitute. Doc. 34. New counsel has now been appointed.

The pretrial motions deadline is **CONTINUED** for 30 days after the

date of this Order to allow new counsel time for an independent review of the file and to decide whether to file a motion based on Defendant's claim of prosecutorial misconduct before the federal grand jury. The Court finds that the continuance of this case is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and that the period of delay resulting from the continuance is excluded in computing the time within which the trial of this matter may commence.

**SO ORDERED** this 16th day of August, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA